UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DOUGLAS TRASK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV-09-481-B-W |
| | ) | |
| MAINE, STATE OF, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed November 6, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Petitioner's Motion for Preliminary Injunction (Docket # 4) be and hereby is DENIED.  It is further ORDERED that the 28 U.S.C. § 2254 Petition (Docket # 1) be and hereby is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 2nd day of December, 2009